**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MICHAEL MUNENE,** | § | |
| Plaintiff, | § | |
| V. | § | A-23-CV-1135-ML |
| | § | |
| **ORION FOOD SYSTEMS, LLC,** | § | |
| Defendant. | § | |
| | § | |

## NOTICE

This case has settled. On May 14, 2024, the parties filed a joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 19.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)). Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED May 15, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE